684

No. 798. FRANKLIN LIFE INSURANCE Co. *v.* CRITZ. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ed C. Brewer* for petitioner. *Mr. J. L. Roberson* for respondent.

No. 773. McCANN *v.* NEW YORK STOCK EXCHANGE ET AL. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Gene Mc-Cann, pro se. Mr. Charles H. Tuttle* for respondents.

No. 707. REPUBLIC STEEL CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 787. CENTRAL COUNCIL OF STEEL PLANTS, NORTHERN DISTRICT, REPUBLIC STEEL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. April 8, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. *Messrs. Luther Day, Thomas F. Patton, Joseph W. Henderson,* and *Mortimor S. Gordon* for petitioner in No. 707. *Mr. Frank T. Bow* for petitioner in No. 787. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf,* and *Ruth Weyand* for respondents.

No. 738. LAWYERS TITLE INSURANCE Co. *v.* LAWYERS TITLE INSURANCE CORP. April 8, 1940. Petition for writ of certiorari to the Court of Appeals for the District of